JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA RAMIREZ, | Case No. 2:18-CV-08589-MWF (JPRx) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREDJUDICE** |
| CITIBANK, N.A., | |
| Defendant. | [F.R.C.P. 41(a)(1)(A)(ii) |

DMWEST #36264957 v1

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREDJUDICE

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties' Stipulation, this action, and all claims asserted therein, is hereby dismissed with prejudice, with each side bearing their own fees and costs incurred therein.

**IT IS SO ORDERED.**

DATED: January 15, 2019

Judge Michael W. Fitzgerald
U.S. District Judge